```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PALM ANGELS S.R.L.,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :       23-cv-4998 (VSB)
                  -against-                                 :
                                                            :            ORDER
AFECA, et al.,                                              :
                              Defendants.                   :
                                                            :
------------------------------------------------------------:
                                                            :
                                                            X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action ex parte on June 12, 2023.  (Doc. 6.)  I issued a Temporary Restraining Order on July 6, 2023, (Doc. 18), and I issued a Preliminary Injunction on August 28, 2023, (Doc. 20).  Plaintiff voluntarily dismissed some Defendants on August 29, 2023, (Doc. 12), and filed a certificate of service as to the remaining Defendants on August 31, 2023, (Doc. 22).  The deadline for Defendants to respond to Plaintiff's complaint was August 9, 2023. To date, no Defendant has appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.

Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 12, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   August 12, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge